IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-83-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| BRUCE LLOYD CAMERON, ) | |
| ) | |
| Defendant.  ) | |

On April 13, 2017, defendant moved to transfer this case to Senior United States District Judge Malcolm Howard [D.E. 17]. On April 13, 2017, the government responded in opposition [D.E. 18].

The motion to transfer [D.E. 17] lacks merit and is DENIED.

SO ORDERED. This 17 day of April 2017.

JAMES C. DEVER III
Chief United States District Judge