UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-83-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRUCE LLOYD CAMERON | ORDER |

This matter is before the Court on a Mr. Cameron's motion for the release of Bureau of Prisons Records [DE 47], for good cause shown, the motion is ALLOWED.

It is hereby ORDERED that Dr. Heather Ross of the BOP is to release requested records reviewed in making her determination, including but not limited to medical records, psychological records, daily observation notes and checklists, RAW data and any testing results.

IT IS SO ORDERED.

This the **24** day of March, 2018.

JAMES C. DEVER III
Chief United States District Judge