UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:17-CR-83-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| BRUCE LLOYD CAMERON | |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the Sentencing Memorandum at Docket Entry #67 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

This __29__ day of August, 2018.

JAMES C. DEVER III
Chief United States District Court Judge